IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-027 |
| | ) | |
| KENNETH BERNARD HEATH | ) | |

**O R D E R**

On June 16, 2016, the Court directed counsel for the parties to file a joint status report by June 27, 2016. (Doc. no. 28.) The deadline has passed, and the Court has still not received a report from the parties concerning the status of Defendant's motions. Accordingly, the Court **DIRECTS** defense counsel and the government to file a joint status report in accordance with the June 16th Order by July 6, 2016.

SO ORDERED this 29th day of June, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA