IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-027 |
| | ) | |
| KENNETH BERNARD HEATH | ) | |

**O R D E R**

Before the Court are Defendant's motions to preserve evidence (doc. nos. 22, 23) for notice of the government's intention to use evidence (doc. nos. 16, 18), to produce grand jury transcripts (doc. no. 19), and for disclosure of impeaching information (doc. no. 17). In order to resolve the foregoing motions, the parties have consented to the entry of this Order.

Accordingly, the Court **ORDERS** the United States Government to produce the following information:

1. At least one week prior to trial, the Government shall produce any additional Jencks Act material, including the grand jury transcript, rap sheets or criminal convictions of witnesses which the government learns about and which could properly be used for impeachment under Rule 609, Fed. R. Evid.

2. The Government is aware of its continuing obligation under Brady and Giglio to provide exculpatory and impeachment evidence to Defendant. It shall timely provide any Brady material if and whenever it is received or occurs, and it shall provide any Giglio material not already included in the discovery materials no later than one week prior to trial. Such material should include plea agreements, any promises of leniency, or grants of

immunity, to any witness, prior bad acts of witnesses to the extent they are known to the Government, impeachable criminal convictions, prior inconsistent statements or the like.

3. If an informant is called as a witness by the Government, the Government shall provide the informant's name one week prior to trial, along with the criminal history and Giglio materials, if any, related to that informant.

4. The government shall provide exculpatory and impeachment evidence to Defendant if and whenever it is received or occurs.

5. The government (including all federal, state and local agencies and agents thereof who have participated in any way in the investigation or preparation, including scientific experiments and tests, of this case, and all United States Attorneys who have worked on this case) shall preserve and retain intact and not destroy or alter any investigative reports (including rough drafts), witness statements, documents, papers, rough notes (interviews, surveillance, or otherwise), tapes, objects, contraband, controlled substances, or other physical evidence which is in its possession, custody or control.

In light of this Order, all pending motions are **MOOT**. (Doc. nos. 14-24.)

SO ORDERED 6th day of July, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA