PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 SEP -9  A 9: 07

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.                               Crim. No.   1:16CR00027-1

Kenneth Bernard Heath, aka "Ouice"

On September 25, 2018, the above named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Tony Graham
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____8th_____ day of September, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA